| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 3:99-00197-5 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Mataterrazas    Pedro | Middle District of Tennessee | Nashville, TN |
| | NAME OF SENTENCING JUDGE | |
| | Thomas A. Wiseman, Jr., Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE. | FROM 2/10/2006 | TO 2/9/2011 |

OFFENSE 21:846 - Conspiracy to Possess with Intent to Distribute Cocaine and Distribution of Cocaine

**08CR 379**
**JUDGE ZAGEL**
**MAGISTRATE JUDGE BROWN**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Middle District of Tennessee

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

04/23/08
Date                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**FILED**
MAY - 7 2008
5-7-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAY - 5 2008

Effective Date                                       United States District Judge