**United States District Court**
**Middle District of Tennessee**

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-7396

E-Mail: Joyce_A_Brooks@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

May 19, 2008

*08 cr 379-1*

Clerk
U. S. District Court
Everett McKinley Dirksen U. S. Courthouse
20th Floor
219 South Dearborn Street
Chicago, IL 60604

**FILED**

**MAY 2 3 2008**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Re: TRANSFER OF JURISDICTION
    USA v. Pedro Mata-Terrazas, II
    Middle District of Tennessee Criminal Case No. 3:99-cr-00197
    Criminal Case No. Assigned by your Court: 08 cr 379-1

Dear Clerk:

As your Court has accepted jurisdiction over the above-named defendant, enclosed please find certified copies of pertinent documents.

Should you require any additional documents, please let me know.

Sincerely,

Joyce A. Brooks
Criminal Docketing Clerk

Enclosures

cc: U.S. Probation Office

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

SEP 1 4 2000

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 3:99-00197 |
| | ) | Judge Wiseman |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 18 U.S.C. § 922(g)(1) |
| 1~ ROGER MILLER a/k/a "UNC" | ) | 18 U.S.C. § 924(a)(2) |
| 2~ BARRY SANDERS a/k/a BARRY DANIEL | ) | 21 U.S.C. § 853 |
| 5~ PEDRO MATATERRAZAS II, a/k/a | ) | 18 U.S.C. § 1956(h) |
| "PETER MATA" | ) | 18 U.S.C. § 2 |
| 6~ KEVIN WHITTAKER | ) | |

SEALED
UNSEALED

THIRD SUPERSEDING INDICTMENT

COUNT ONE

The Grand Jury charges:

Between in or around January 1996, and in or around November 1999,

in the Middle District of Tennessee and elsewhere, the defendants, BARRY

SANDERS a/k/a BARRY DANIEL, ROGER MILLER a/k/a "UNC," PEDRO MATATERRAZAS,

II, a/k/a "PETER MATA," and KEVIN WHITTAKER, did combine, conspire,

confederate and agree with each other and with diverse other persons who

are to the Grand Jury known and unknown, to knowingly and intentionally

possess with intent to distribute and to distribute five kilograms or

more of cocaine, a Schedule II controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846 and Title

18, United States Code, Section 2.

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

BY _____
Deputy Clerk



## COUNT TWO

The Grand Jury further charges:

Between in or around January 1996, and in or around November 1999, in the Middle District of Tennessee and elsewhere, the defendants BARRY SANDERS a/k/a BARRY DANIEL, ROGER MILLER a/k/a "UNC," PEDRO MATATERRAZAS, II, a/k/a "PETER MATA," and KEVIN WHITTAKER did combine, conspire, confederate, and agree with each other and with diverse other persons who are to the Grand Jury known and unknown, to commit the following offense against the laws of the United States:

1.    Money laundering with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

In violation of Title 18, United States Code, Sections 2 and 1956(h).

## COUNT THREE

The Grand Jury further charges:

On or about November 16, 1999, in the Middle District of Tennessee, BARRY SANDERS a/k/a BARRY DANIEL, being a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year in the State of Tennessee, did unlawfully and knowingly possess, in or affecting commerce, ammunition.

2

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT FOUR: CRIMINAL FORFEITURE PURSUANT TO 21 U.S.C. § 853**

The Grand Jury further charges:

Defendants BARRY SANDERS a/k/a BARRY DANIEL, ROGER MILLER a/k/a "UNC," PEDRO MATATERRAZAS, II, a/k/a "PETER MATA," and KEVIN WHITTAKER, if convicted of the violation charged in Count One of this Third Superseding Indictment, shall forfeit to the United States, pursuant to Title 21 U.S.C. § 853,

    a)    any and all property, real and personal, used or intended to be used in any manner or part to commit and to facilitate the commission of said offense; and

    b)    any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of said offense,

including but not limited to the following:

    1.    $3,000,000.00 in United States currency;

    2.    Real property and premises known as 725 Knightsbridge Way, Antioch, Davidson County, Tennessee, with all appurtenances and improvements thereon [Map 149-02-0-B, Parcel 056.00], further described as follows:

        LAND in Davidson County, Tennessee, being Lot No. 139 on the Plan of Piccadilly Square, Phase II, as of record in Book 6250, pages 92-94, Register's Office for said County, to which said plan reference is hereby made for a more complete and accurate legal description thereof.

3

BEING the same property conveyed to Barry N. Sanders, by warranty deed from Edith LaFontaine, dated May 28, 1996 and recorded on May 31, 1996, in Book 10068 at page 73, Register's Office for Davidson County, Tennessee.

If any of the property described above as being subject to forfeiture pursuant to Title 21 U.S.C. § 853, as a result of any act or omission of the defendants,

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred to, sold to, or deposited with a third person;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value, or

(e)   has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____

UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

**UNITED STATES OF AMERICA**                    CASE #:3:99-00197-05

    **V.**

                                             E. Paul Fuentes
PEDRO MATA-TERRAZAS                    DEFENDANT'S ATTORNEY
a/k/a Peter Mata

**THE DEFENDANT:**

[X] pleaded guilty to counts 1 and 2 of the third superseding indictment.
[] pleaded nolo contendere to count(s) which was accepted by the court.
[] was found guilty on count(s) after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which have the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846; 18 U.S.C. § 2 | Conspiracy to Possess with Intent to Distribute Cocaine and Distribution of Cocaine; Aiding and Abetting | November 1999 | 1 |
| 18 U.S.C. § 1956(h); 18 U.S.C. § 2 | Conspiracy to Commit Money Laundering with Intent to Promote Unlawful Activity; Aiding and Abetting | November 1999 | 2 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has been found not guilty on count(s) , and is discharged as to such counts.
[] Count(s) is dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States District Court for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

_Deputy Clerk_

May 14, 2001
Date of Imposition of Sentence

Signature of Judicial Official
Thomas A. Wiseman, Jr.
Senior U.S. District Judge

Date:  May 16, 2001

This document was entered on
the docket in compliance with
Rule 55, FRCrimp, on
5/10/01, By: _____.


(198)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of seventy-two (72) months as to Count 1 of the third superseding indictment and for a term of seventy-two (72) months as to Count 2 of the third superseding indictment, said terms to run concurrently one with the other, for a total term of imprisonment of 72 months.

The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant, when he is eligible, be allowed to participate in the Bureau's Intensive Confinement Program, also known as Boot Camp.

2. That the defendant be designated to the FCI closest to his home in Cicero, IL, for which his security level makes him qualified.

3. That the defendant be designated to an FCI where he can receive drug counseling and treatment.

[] The defendant is remanded to the custody of the United States Marshal.
[] The defendant shall surrender to the United States Marshal for this district,

      [] at .
      [] as notified by the United States Marshal.

[X] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,

      [X] on or before 12 noon on June 20, 2001.
      [] as notified by the United States Marshal.
      [] as notified by the Probation Office.

# R E T U R N

I have executed this judgment as follows:

_____

_____

_____

_____Defendant delivered on

_____ to _____,

with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal

DEFENDANT: PEDRO MATATERRAZAS II
CASE NUMBER: 3:99-00197-05

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five (5) years as to Count 1 of the third superseding indictment and for a term of three (3) years as to Count 2 of the third superseding indictment, said terms to run concurrently one with the other, for a total term of supervised release of five (5) years..

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[]      The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, of applicable.)

[]      The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court(set forth below). The defendant shall also comply with the additional, special conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without permission of the court or probation officer;

2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) The defendant shall support his or her dependents and meet other family responsibilities;

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) The defendant shall notify the probation officer 10 days prior to any change in residence or employment;

7) The defendant shall refrain from excessive use of alcohol;

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: PEDRO ... ATATERRAZAS, II
CASE NUMBER: 3:99-00197-05

# SUPERVISED RELEASE

# SPECIAL CONDITIONS

1. The defendant is prohibited from possessing firearms, dangerous weapons, or ammunition.

2. The defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the U.S. Probation Officer.

3. The defendant shall not incur new debt or open additional lines of credit either individually or as a co-signor without prior approval of the U.S. Probation Office.

4. The defendant shall submit financial records to the U.S. Probation Office upon request.

DEFENDANT: PEDRO MATATERRAZAS II
CASE NUMBER: 3:99-00197-05

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 200.00 | $ | $ |

[] If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . .      $

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of . . . . . .      $

The defendant shall pay interest on any fine or restitution of more than $ 2,500 unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

[] The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

[] The interest requirement is waived.
[] The interest requirement is modified as follows:

## RESTITUTION

[]      The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, until . An Amended Judgment in a Criminal Case will be entered after such determination.

[]      The defendant shall make restitution to the following payees in amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Victim | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order Or Percentage of Payment |
|---|---|---|---|
| Totals: | $ | $ | |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

DEFENDANT: PEDRO MATATERRAZAS II
CASE NUMBER: 3:99-00197-05

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

**A**     [X] in full immediately; or

**B**     [] $ immediately, balance due (in accordance with C, D, or E); or

**C**     [] not later than ; or

**D**     [] in installments to commence days after the date of this judgment.  In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

**E**     [] in (*e.g., equal, weekly, monthly, quarterly*) installments of $ over a period of year(s) to commence days after the date of this judgment.

Special Instructions regarding the payment of criminal monetary penalties:

[] The defendant shall pay the cost of prosecution.

[X] The defendant shall forfeit the defendant's interest in the following property to the United States:
The defendant agrees to the civil and administrative forfeiture of any and all funds, proceeds or assets that have been acquired in whole or in part from funds received, generated, derived from, or used in furtherance of criminal activity.  He agrees to identify all of his assets, whether in his or a nominee's name, and will provide full and truthful information about those assets in order to carry out his plea agreement and the agreed criminal forfeiture in Count 4 of the third superseding indictment.

**Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments are to be made to Clerk, U.S. District Court, 800 Courthouse, 801 Broadway, Nashville, TN 37203.**

CASE-CLOSED, TRJ-OUT

# U.S. District Court
## Middle District of Tennessee (Nashville)
### CRIMINAL DOCKET FOR CASE #: 3:99-cr-00197-5
#### Internal Use Only

Case title: USA v. Miller, et al

Date Filed: 12/01/1999
Date Terminated: 05/16/2001

Assigned to: Senior Judge Thomas Wiseman

**Defendant (5)**

**Pedro Mata-Terrazas, II**
*TERMINATED: 05/16/2001*
*also known as*
Peter Mata

represented by **Ebelio Paul Fuentes**
Fuentes & Associates, Ltd.
2234 S Kenilworth
Berwin, IL 60402
800-800-1161
*TERMINATED: 05/16/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**

Third Superseding Indictment filed 9/14/00: 21:846
Conspiracy to possess with intent to distribute
cocaine and distribution of cocaine; 18:2 Aiding and
Abetting
(1)

Third Superseding Indictment filed 9/14/00: 18:1956
(h) Conspiracy to commit money laundering with
intent to promote unlawful activity; 18:2 Aiding and
Abetting
(2)

**Disposition**

Plea of guilty to Counts One and Two of Third
Superseding Indictment. Imprisonment of 72 months
as to Count 1 and 72 months as to Count 2 to run
concurrently. Court recommends "Boot Camp",
placement closest to home in Cicero, IL and placeme
nt where drug counseling and treatment can be
received. Self-report by 12:00 p.m. on 6/20/01.
Supervised release of 5 years as to Count 1 and 3
years as to Count 2 to run concurrently. Drug testing
and substance abuse treatment as directed by USPO.
& #036;200 special assessment. Civil and
administrative forfeiture of any and all funds,
proceeds or assets that have been aquired through
criminal activity.

Plea of guilty to Counts One and Two of Third
Superseding Indictment. Imprisonment of 72 months
as to Count 1 and 72 months as to Count 2 to run
concurrently. Court recommends "Boot Camp",
placement closest to home in Cicero, IL and placeme
nt where drug counseling and treatment can be
received. Self-report by 12:00 p.m. on 6/20/01.
Supervised release of 5 years as to Count 1 and 3
years as to Count 2 to run concurrently. Drug testing
and substance abuse treatment as directed by USPO.
& #036;200 special assessment. Civil and
administrative forfeiture of any and all funds,
proceeds or assets that have been aquired through
criminal activity.

Plea of guilty to Counts One and Two of Third
Superseding Indictment. Imprisonment of 72 months
as to Count 1 and 72 months as to Count 2 to run
concurrently. Court recommends "Boot Camp",
placement closest to home in Cicero, IL and placeme

ATTEST AND CERTIFY
**A TRUE COPY**
Clerk
U.S. District Court
Middle District of Tennessee

By
Deputy Clerk

Third Superseding Indictment filed 9/14/00: 21:853
Criminal forfeiture
(4)

nt where drug counseling and treatment can be received. Self-report by 12:00 p.m. on 6/20/01. Supervised release of 5 years as to Count 1 and 3 years as to Count 2 to run concurrently. Drug testing and substance abuse treatment as directed by USPO. & #036;200 special assessment. Civil and administrative forfeiture of any and all funds, proceeds or assets that have been aquired through criminal activity.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                                **Disposition**

None

---

**Claimant**

**Midland Mortgage Co.**                          represented by  **Arnold M. Weiss**
                                                                 208 Adams Avenue
                                                                 Memphis, TN 38103
                                                                 (901) 526-8296
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Retained*

                                                                 **Duane W. DeVault**
                                                                 P O Box 387
                                                                 Hendersonville, TN 37077-0387
                                                                 (615) 822-7301
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Retained*

---

**Claimant**

**Russell Daniel**                                      represented by  **Herbert Leon Sharber**
                                                                 1161 Murfreesboro Road
                                                                 Suite 505
                                                                 Nashville, TN 37217-2226
                                                                 (615) 361-0275
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Retained*

---

**Claimant**

**Cavalry Banking**                                    represented by  **Kevin James Jones**
                                                                 501 Union Street
                                                                 Suite 200
                                                                 Nashville, TN 37219
                                                                 (615) 248-4408

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Plaintiff**

USA                                             represented by   **Sunny A.M. Koshy**
                                                                Office of the United States Attorney
                                                                110 Ninth Avenue, S
                                                                Suite A961
                                                                Nashville, TN 37203-3870
                                                                (615) 736-5151
                                                                Email: sunny.koshy@usdoj.gov
                                                                *TERMINATED: 02/25/2008*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Thomas M. Kent**
                                                                Office of the United States Attorney (MDTN)
                                                                110 Ninth Avenue, S
                                                                Suite A961
                                                                Nashville, TN 37203-3870
                                                                (615) 401-6579
                                                                Email: thomas.kent@usdoj.gov
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2000 | 10 | ORDER by Judge Thomas A. Wiseman Jr.: Jury trial is set for 9:00 a.m. on 2/15/00 for deft Roger Miller . (EOD 1/4/00) (cc: all counsel) (as) (Entered: 01/04/2000) |
| 01/27/2000 | 13 | RESPONSE by Govt to motion by deft Roger Miller to continue trial set for 2/15/00 [11-1] (as) (Entered: 01/28/2000) |
| 02/03/2000 | 15 | TRANSCRIPT of detention hearing on 12/20/99 as to deft Roger Miller produced and filed by Cindi Kellam (as) (Entered: 02/03/2000) |
| 02/14/2000 | 18 | NOTICE: Arraignment (on superseding indictment) is set for 2:00 p.m. on 2/24/00 for deft Roger Miller (as) (Entered: 02/15/2000) |
| 02/14/2000 | 19 | NOTICE: Arraignment is set for 2:30 p.m. on 2/24/00 for deft Barry Sanders (as) (Entered: 02/15/2000) |
| 02/25/2000 | 25 | MARSHAL'S RETURN on Lis Pendens issued by Govt to Bill Garrett, Davidson County Register of Deeds, 404 James Robertson Parkway, Suite 102, Nashville, TN, 37219 as to deft Barry Sanders aka Barry Daniel: Executed on 2/24/00. Lis Pendens recorded at Instrument #200002240018273. (as) (Entered: 02/29/2000) |
| 03/02/2000 | 26 | ORDER by Judge Thomas A. Wiseman Jr.: Jury trial is set for 9:00 a.m. on 4/11/00 for deft Barry Sanders . (EOD 3/3/00) (cc: all counsel) (as) (Entered: 03/03/2000) |
| 03/13/2000 | 29 | ORDER by Judge Thomas A. Wiseman Jr. granting motion to continue trial set 4/11/00 [27-1] ;Jury trial reset for 9:00 on 8/7/00 for Roger Miller and Barry Sanders (cc: all counsel) (EOD 3/13/00) (af) (Entered: 03/13/2000) |
| 06/07/2000 | | (Court only) Docket Modification (Utility) Case sealed 6/7/00. Second Superseding Indictment filed under seal . (as) (Entered: 06/08/2000) |
| 06/09/2000 | 31 | NOTICE: Arraignment on the second superseding indictment is set for 2:00 p.m. on 6/19/00 for defts Roger Miller and Barry Sanders (seal) (Entered: 06/09/2000) |
| 06/14/2000 | 33 | ORDER by Magistrate Judge Kent Sandidge III: Motion by Govt to unseal the indictment as to defts Roger Miller, Barry Sanders and Henry Cole only [32-1] is GRANTED. (EOD 6/15/00) (cc: all counsel) (seal) (Entered: 06/15/2000) |

| 06/15/2000 | 35 | ORDER by Magistrate Judge Joe B. Brown: Motion by Govt to unseal the second superseding indictment completely as to all defts, Roger Miller, Barry Sanders, Luis Ayala Jr., and Henry Cole [34-1] is GRANTED. Case unsealed . (EOD 6/15/00) (cc: all counsel) (seal) (Entered: 06/15/2000) |
|---|---|---|
| 07/03/2000 | 47 | ORDER by Magistrate Judge Joe B. Brown appointing counsel for deft Henry Cole (cc: all counsel) (as) (Entered: 07/05/2000) |
| 07/03/2000 | 48 | ORDER by Magistrate Judge Joe B. Brown: On motion by Govt [43-1], a detention hearing is set for 2:30 p.m. on 7/11/00 for deft Henry Cole. The delay of the hearing is at the request of the deft. Arraignment is also set for 2:30 p.m. on 7/11/00 . (cc: all counsel) (as) (Entered: 07/05/2000) |
| 07/11/2000 | 52 | CLERKS RESUME of hearing before Magistrate Judge Kent Sandidge III: Deft Henry Cole appeared with counsel Henry Martin for detention hearing on 7/11/00 . Deft detained upon motion by Govt [43-1]. (lah) (Entered: 07/12/2000) |
| 07/25/2000 | 58 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt for extension of time, until 7/31/00, to respond to deft Miller's Motion to Suppress [57-1] is GRANTED. (cc: all counsel) EOD 7/25/00 (lah) (Entered: 07/25/2000) |
| 07/31/2000 | 59 | RESPONSE by Govt to motion by deft Roger Miller to suppress evidence [49-1] (lah) (Entered: 08/01/2000) |
| 08/08/2000 | 60 | ORDER by Judge Thomas A. Wiseman Jr.: A hearing on the motion by deft Roger Miller to suppress evidence [49-1] is set for 10:00 a.m. on 9/21/00. (cc: all counsel) EOD 8/8/00 (lah) (Entered: 08/08/2000) |
| 08/21/2000 | 64 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Roger Miller for hearing on the Motion in limine re: prior conviction [63-1] is GRANTED. A hearing on the motion in limine by Roger Miller re: prior convictions [61-1] is set for 10:00 a.m. on 9/21/00. (cc: all counsel) EOD 8/22/00 (lah) (Entered: 08/22/2000) |
| 08/30/2000 | 71 | ORDER by Judge Thomas A. Wiseman Jr.: Jury trial set for 10:00 a.m. on 10/2/00 for defts Roger Miller, Barry Sanders, Luis Ayala Jr. and Henry Cole. (cc: all counsel) EOD 8/30/00 (lah) (Entered: 08/30/2000) |
| 08/30/2000 | 72 | NOTICE: Plea hearing is set for 1:00 p.m. on 9/8/00 for deft Luis Ayala Jr. (as) (Entered: 08/30/2000) |
| 09/07/2000 | 75 | NOTICE: Plea hearing set for 1:30 p.m. on 9/8/00 for deft Henry Cole. (lah) (Entered: 09/07/2000) |
| 09/08/2000 | 79 | NOTICE: Sentencing hearing is set for 1:00 p.m. on 12/1/00 for deft Luis Ayala Jr. (as) (Entered: 09/11/2000) |
| 09/08/2000 | 81 | NOTICE: Sentencing hearing is set for 1:30 p.m. on 12/1/00 for deft Henry Cole (as) (Entered: 09/11/2000) |
| 09/11/2000 | 85 | RESPONSE by Govt opposing motion in limine by Roger Miller re: prior convictions [61-1] (lah) (Entered: 09/12/2000) |
| 09/12/2000 | 86 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt for extension of time to respond to the motion in limine [61-1] by deft Roger Miller [84-1] is GRANTED. Govt's response due 9/18/00. (cc: all counsel) EOD 9/13/00 (lah) (Entered: 09/13/2000) |
| 09/14/2000 | | (Court only) Docket Modification (Utility) Case sealed. Third Superseding Indictment filed under seal on 9/14/00 . (as) (Entered: 09/15/2000) |
| 09/14/2000 | 88 | THIRD SUPERSEDING INDICTMENT filed by Govt against defts Roger Miller (Counts 1sss, 2sss, 4sss), Barry Sanders (Counts 1ss, 2ss, 3ss, 4ss) and adding defts Pedro Mataterrazas, II, (Counts 1, 2, 4) and Kevin Whittaker (Counts 1, 2, 4) (as) (Entered: 09/15/2000) |
| 09/14/2000 | | ARREST Warrant issued for Pedro Mataterrazas II (seal) (Entered: 09/15/2000) |
| 09/14/2000 | 89 | MOTION by Govt to unseal Third Superseding Indictment as to only defts Roger Miller, Barry Sanders and Pedro Mataterrazas II (seal) Modified on 09/19/2000 (Entered: 09/18/2000) |
| 09/14/2000 | 90 | ORDER by Magistrate Judge E. C. Knowles: Motion by Govt to unseal Third Superseding Indictment as to only defts Roger Miller, Barry Sanders and Pedro Mataterrazas [89-1] is GRANTED. (cc: all counsel) EOD 9/18/00 (seal) Modified on 09/19/2000 (Entered: 09/18/2000) |
| 09/14/2000 | | (Court only) (seal) (Entered: 09/19/2000) |

| | | |
|---|---|---|
| 09/14/2000 | | ARREST of deft Pedro Mataterrazas II on 9/14/00 in Chicago, Illniois. (seal) (Entered: 09/22/2000) |
| 09/15/2000 | 91 | LETTER from Govt to USM regarding proffer interview of deft Roger Miller. (seal) (Entered: 09/18/2000) |
| 09/15/2000 | 92 | NOTICE: Arraignment on Third Superseding Indictment set for 1:30 p.m. on 9/25/00 for deft Roger Miller (seal) (Entered: 09/18/2000) |
| 09/15/2000 | 93 | NOTICE: Arraignment on Third Superseding Indictment set for 1:30 p.m. on 9/25/00 for deft Barry Sanders (seal) (Entered: 09/18/2000) |
| 09/19/2000 | 94 | MOTION by Govt for revocation of the release order in the Northern District of Illinois as to deft Pedro Mataterrazas II . (seal) (Entered: 09/19/2000) |
| 09/19/2000 | 95 | ORDER by Magistrate Judge Joe B. Brown: Motion by Govt for revocation of the release order in the Northern District of Illinois as to deft Pedro Mataterrazas II [94-1] is GRANTED and orders the deft detained pending further proceedings in this district. USM shall transport deft to this district, where he shall have the right to a further hearing on whether he should continue to be detained. (EOD 9/19/00) (cc: all counsel) (seal) (Entered: 09/19/2000) |
| 09/19/2000 | 96 | MOTION by Govt for request to reissue pretrial release revocation order as to deft Pedro Mataterrazas II (seal) (Entered: 09/20/2000) |
| 09/20/2000 | 97 | ORDER by Judge Robert L. Echols: Motion by Govt to revoke the pretrial release order entered by the U.S. Magistrate Judge in the Northern District of Illinois [96-1] is GRANTED. Deft Pedro Mataterrazas shall be detained pending further proceedings in this district. USM shall transport the deft as soon as practicable to this district. (cc: all counsel) EOD 9/20/00 (seal) (Entered: 09/20/2000) |
| 09/20/2000 | 98 | RESPONSE by Govt to motion by deft Barry Sanders for revocation and/or amendment of detention order [73-1] (seal) (Entered: 09/21/2000) |
| 09/22/2000 | 101 | ARREST Warrant returned executed as to deft Pedro Mataterrazas II. Deft was arrested in Chicago, Illnois, on 9/14/00 (seal) (Entered: 09/22/2000) |
| 09/25/2000 | 105 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Barry Sanders to dismiss indictments [102-1] is DENIED. (cc: all counsel) EOD 9/26/00 (seal) (Entered: 09/26/2000) |
| 09/25/2000 | 107 | CLERKS RESUME of hearing before Magistrate Judge E. C. Knowles: Deft Roger Miller appeared with counsel Mark Scruggs for arraignment on the third superseding indictment on 9/25/00 . Deft entered a plea of not guilty. (seal) (Entered: 09/27/2000) |
| 09/25/2000 | 109 | CLERKS RESUME of hearing before Magistrate Judge E. C. Knowles: Deft Barry Sanders appeared with counsel Jack Lowery for arraignment on the third superseding indictment on 9/25/00 . Deft entered a plea of not guilty. (seal) (Entered: 09/27/2000) |
| 09/26/2000 | 106 | NOTICE: Plea hearing is set for 9:00 a.m. on 9/27/00 for deft Roger Miller. (seal) (Entered: 09/26/2000) |
| 09/26/2000 | 111 | INFORMATION alleging prior conviction (21 USC 851) as to deft Roger Miller filed by Govt (seal) (Entered: 09/27/2000) |
| 09/26/2000 | 112 | INFORMATION alleging prior conviction (21 USC 851) as to deft Barry Sanders aka Barry Daniel filed by Govt (seal) (Entered: 09/27/2000) |
| 09/27/2000 | 114 | NOTICE: Sentencing hearing set for 9:00 a.m. on 1/4/01 for deft Roger Miller. (seal) (Entered: 09/27/2000) |
| 09/27/2000 | 115 | NOTICE: Sentencing hearing is reset for 9:30 a.m. on 1/4/01 for deft Roger Miller. (seal) (Entered: 09/27/2000) |
| 09/27/2000 | 117 | UNDER SEAL ORDER by Magistrate Judge E. C. Knowles: UNDER SEAL motion by Govt [116-1] is GRANTED. (cc: all counsel) EOD 9/28/00 (seal) (Entered: 09/28/2000) |
| 09/29/2000 | 120 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Barry Sanders for severance of Count 3 [118-1] is DENIED. (cc: all counsel) EOD 9/29/00 (seal) (Entered: 09/29/2000) |
| 10/02/2000 | 121 | EXHIBIT list filed by Govt as to deft Barry Sanders (seal) (Entered: 10/03/2000) |
| 10/02/2000 | 122 | WITNESS list filed by Govt as to deft Barry Sanders (seal) (Entered: 10/03/2000) |

| 10/02/2000 | 124 | NOTICE: Sentencing hearing is set for 10:30 a.m. on 1/4/01 for deft Barry Sanders. (seal) (Entered: 10/03/2000) |
|---|---|---|
| 10/02/2000 | 125 | UNDER SEAL MOTION by Govt as to deft Pedro Matatterrazas II (seal) (Entered: 10/04/2000) |
| 10/02/2000 | 126 | UNDER SEAL ORDER by Magistrate Judge Joe B. Brown: Motion by Govt [125-1] as to deft Pedro Matatterrazas is GRANTED. (cc: all counsel) EOD 10/4/00 (seal) (Entered: 10/04/2000) |
| 10/03/2000 | 127 | UNDER SEAL MOTION by Govt as to deft Pedro Matatterrazas II (seal) (Entered: 10/04/2000) |
| 10/03/2000 | 128 | UNDER SEAL ORDER by Magistrate Judge Joe B. Brown: Motion by Govt [127-1] as to deft Pedro Matatterrazas is GRANTED. (cc: all counsel) EOD 10/4/00 (seal) (Entered: 10/04/2000) |
| 10/04/2000 | 129 | PARTIAL TRANSCRIPT of guilty plea (statement of facts) as to deft Roger Miller on 9/27/00 filed by OCR Charlotte Sloan (seal) (Entered: 10/05/2000) |
| 10/04/2000 | 130 | TRANSCRIPT of guilty plea on 10/2/00 as to deft Barry Sanders filed by OCR Charlotte Sloan (seal) (Entered: 10/05/2000) |
| 10/04/2000 | 131 | CLERKS RESUME of hearing before Magistrate Judge Joe B. Brown: Initial appearance of deft Pedro Matatterrazas II on 10/4/00. Deft appeared without counsel. Deft detained. (seal) (Entered: 10/06/2000) |
| 10/04/2000 | 132 | ACKNOWLEDGEMENT of initial appearance by deft Pedro Matatterrazas II (seal) (Entered: 10/06/2000) |
| 10/05/2000 | 133 | NOTICE: Arraignment set for 2:00 p.m. on 10/6/00 before Judge Brown for deft Pedro Matatterrazas II (seal) (Entered: 10/06/2000) |
| 10/05/2000 | 134 | NOTICE: Plea hearing set for 2:30 p.m. on 10/6/00 for deft Pedro Matatterrazas II. (seal) (Entered: 10/06/2000) |
| 10/06/2000 | 135 | APPLICATION by deft Pedro Matatterrazas for special admission for attorney Ebelio Paul Fuentes to appear pro hac vice (seal) (Entered: 10/10/2000) |
| 10/06/2000 | 136 | CLERKS RESUME of hearing before Magistrate Judge Joe B. Brown: Deft Pedro Matatterrazas appeared with retained counsel Paul Fuentes for detention hearing on 10/6/00. Deft released on Deed of Trust Bond. Deft Pedro Matatterrazas arraigned; plea of not guilty entered. (seal) (Entered: 10/10/2000) |
| 10/06/2000 | 137 | APPEARANCE BOND ( Deed of Trust) by deft Pedro Matatterrazas II; 2118 S. 61st Avenue, Cicero, Illinois 60804. (seal) (Entered: 10/10/2000) |
| 10/06/2000 | 138 | ORDER setting conditions of release by Magistrate Judge Joe B. Brown for deft Pedro Matatterrazas II (seal) (Entered: 10/10/2000) |
| 10/06/2000 | 139 | STANDING DISCOVERY ORDER as to deft Pedro Matatterrazas II (seal) (Entered: 10/10/2000) |
| 10/06/2000 | 140 | CLERKS RESUME of hearing before Judge Thomas A. Wiseman Jr.: Deft Pedro Matatterrazas appeared with retained counsel Paul Fuentes for plea hearing on 10/6/00. Plea agreement reserved and placed UNDER SEAL. Motion by deft Pedro Matatterrazas for special admission for attorney Paul Fuentes to appear pro hac vice [135-1] is GRANTED. Sentencing set for 1/3/01 at 1:00 p.m. OCR Charlotte Sloan (seal) (Entered: 10/10/2000) |
| 10/06/2000 | | UNDER SEAL PLEA AGREEMENT RESERVED as to deft Pedro Matatterrazas II (cc: USP) (seal) (Entered: 10/10/2000) |
| 10/06/2000 | 141 | NOTICE: Sentencing hearing set for 1:00 p.m. on 1/3/01 for deft Pedro Matatterrazas II (seal) Modified on 07/06/2001 (Entered: 10/10/2000) |
| 10/06/2000 | 143 | ORDER by Magistrate Judge Joe B. Brown: Motion by Govt to completely unseal the third superseding indictment as to defts Roger Miller, et al [142-1] is GRANTED. Case unsealed . (EOD 10/10/00) (cc: all counsel) (seal) (Entered: 10/10/2000) |
| 10/06/2000 | | OCR Sloan's recording of plea hearing on 10/6/00 for deft Pedro Matatterrazas II filed UNDER SEAL. (as) (Entered: 10/13/2000) |
| 10/16/2000 | 144 | COLLATERAL/BOND RECEIVED Receipt # 76390 Collateral received in the form of: Deed of Trust from deft Pedro Matatterrazas II (lah) (Entered: 10/17/2000) |

| 11/13/2000 | 145 | MOTION by Govt to continue sentencing set for 1/3/01 as to deft Pedro Mataterrazas II (lah) (Entered: 11/14/2000) |
|---|---|---|
| 11/15/2000 | 148 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt to continue sentencing as to deft Pedro Mataterrazas is GRANTED. Sentencing hearing is reset for 2:00 p.m. on 4/17/01. (cc: all counsel) EOD 11/15/00 (lah) Modified on 07/06/2001 (Entered: 11/15/2000) |
| 11/15/2000 | 149 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt to continue sentencing as to deft Henry Cole set for 12/1/00 [146-1] is GRANTED. Sentencing hearing is reset for 1:30 p.m. on 4/17/01 for deft Henry Cole (cc: all counsel) EOD 11/15/00 (lah) (Entered: 11/15/2000) |
| 11/15/2000 | 150 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt to continue sentencing as to deft Luis Ayala set for 12/1/00 [147-1] is GRANTED. Sentencing hearing is reset for 1:00 p.m. on 4/17/01. (cc: all counsel) EOD 11/15/00 (lah) (Entered: 11/15/2000) |
| 11/17/2000 | 152 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Henry Cole to extend the time by 30 days prior to the sentencing date of 4/17/01 to allow for objections or suggested changes to the Presentence Report and the parties' pleading stating their positions on sentencing factors by 15 days prior to sentencing date [151-1] is GRANTED. (cc: all counsel) EOD 11/20/00 (lah) (Entered: 11/20/2000) |
| 12/05/2000 | 153 | POSITION by Govt with respect to sentencing factors (lah) (Entered: 12/05/2000) |
| 12/15/2000 | 157 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Roger Miller to continue the time for filing his position with respect to sentencing factors until 1/3/01 [155-1] is GRANTED. (cc: all counsel) EOD 12/15/00 (lah) (Entered: 12/15/2000) |
| 12/18/2000 | 160 | RESPONSE by Govt to deft Roger Miller's motion to continue the time for filing his position with respect to sentencing factors (lah) (Entered: 12/19/2000) |
| 12/19/2000 | 161 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt to continue sentencing set for 1/4/01 [158-1] is GRANTED. Sentencing hearing is reset for 9:30 a.m. on 5/10/01 for deft Roger Miller. Sentencing hearing reset for 10:00 a.m. on 5/10/01 for deft Barry Sanders. (cc: all counsel) EOD 12/20/00 (lah) (Entered: 12/20/2000) |
| 01/02/2001 | 162 | PRELIMINARY ORDER OF FORFEITURE by Judge Thomas A. Wiseman as to defts Roger Miller, Barry Sanders, Luis Ayala and Henry Cole. (cc: all counsel) EOD 1/3/01 (lah) (Entered: 01/03/2001) |
| 01/05/2001 | 164 | POSITION of the Govt with respect to sentencing factors as to deft Roger Miller. (as) (Entered: 01/08/2001) |
| 02/09/2001 | 170 | ORDER by Magistrate Judge Juliet E. Griffin appointing counsel for deft Kevin Whitaker (cc: all counsel) (lah) (Entered: 02/12/2001) |
| 02/13/2001 | 171 | ORDER by Judge Thomas A. Wiseman Jr. Jury trial set for 9:00 a.m. on 4/16/01 for deft Kevin Whittaker. (cc: all counsel) EOD 2/14/01 (lah) (Entered: 02/14/2001) |
| 02/20/2001 | 172 | CJA Form 20 appointing Rayburn McGowan as counsel for deft Kevin Whitaker. (as) (Entered: 02/20/2001) |
| 03/16/2001 | 173 | POSITION of the Govt re: presentence investigation report as to deft Pedro Mataterrazas, II. (as) (Entered: 03/16/2001) |
| 03/19/2001 | 174 | POSITION of the Govt with respect to sentencing factors for deft Pedro Mataterrazas, II. (as) (Entered: 03/20/2001) |
| 04/10/2001 | 177 | MOTION by Govt to continue sentencing set for 4/17/01 as to deft Pedro Mataterrazas II (lah) (Entered: 04/11/2001) |
| 04/11/2001 | 179 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt to continue sentencing set for 4/17/01 [177-1] as to deft Pedro Mataterrazas is GRANTED. Sentencing hearing is reset for 10:00 a.m. on 5/14/01. (cc: all counsel) EOD 4/12/01 (lah) Modified on 07/06/2001 (Entered: 04/12/2001) |
| 04/13/2001 | 180 | NOTICE: Sentencing hearing is reset for 1:30 p.m. on 5/14/01 for deft Pedro Mataterrazas II. (lah) Modified on 07/06/2001 (Entered: 04/16/2001) |
| 04/13/2001 | 181 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt to continue sentencing set for 4/17/01 [178-1] is GRANTED. Sentencing hearing is reset for 1:00 p.m. on 5/14/01 for deft Luis Ayala Jr. Sentencing hearing is reset for 2:00 p.m.on 5/14/01 for deft Henry Cole. (cc: all counsel) EOD 4/16/01 (lah) (Entered: 04/16/2001) |

| 05/04/2001 | 184 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt to continue sentencing set for 5/10/01 [182-1] is GRANTED. Sentencing hearing is reset for 9:00 a.m. on 6/20/01 for defts Roger Miller and Barry Sanders. (cc: all counsel) EOD 5/7/01 (lah) (Entered: 05/07/2001) |
| --- | --- | --- |
| 05/10/2001 | 186 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Kevin Whittaker to continue trial set for 5/14/01 [185-1] is DENIED. (cc: all counsel) EOD 5/10/01 (lah) (Entered: 05/10/2001) |
| 05/14/2001 | 188 | NOTICE: Sentencing hearing set for 9:00 a.m. on 8/28/01 for deft Kevin Whittaker. (lah) (Entered: 05/14/2001) |
| 05/14/2001 | 190 | CLERKS RESUME of hearing before Judge Thomas A. Wiseman Jr.: Deft Luis Ayala Jr. appeared with counsel Steven Miller and Mark Hersh for sentencing on 5/14/01. Letters to Court attached as exhibits to hearing. OCR Charlotte Sloan (lah) (Entered: 05/15/2001) |
| 05/14/2001 | 192 | UNDER SEAL MOTION by Govt as to deft Pedro Matatterrazas II (lah) (Entered: 05/15/2001) |
| 05/14/2001 | | OCR Charlotte Sloan's recording of sentencing on 5/14/01 for deft Pedro Mataterrazas II (lah) (Entered: 05/16/2001) |
| 05/15/2001 | | (Court only) Docket Modification (Utility) Deft Luis Ayala termed. (lah) (Entered: 05/15/2001) |
| 05/16/2001 | | (Court only) Docket Modification (Utility) Deft Henry Cole termed (lah) (Entered: 05/16/2001) |
| 05/16/2001 | 197 | UNDER SEAL ORDER by Judge Thomas A. Wiseman Jr.: Petition by deft Pedro Mataterrazas II to enter a plea of guilty is accepted and entered effective 5/14/01. (cc: all counsel) EOD 5/16/01 (lah) (Entered: 05/16/2001) |
| 05/16/2001 | 198 | JUDGMENT and Commitment Order of sentencing on 5/14/01 as to deft Pedro Mataterrazas II (SSN 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; DOB 10/10/68; Reg. No. 20120-424): Plea of guilty to Counts One and Two of Third Superseding Indictment. Imprisonment of 72 months as to Count 1 and 72 months as to Count 2 to run concurrently. Court recommends "Boot Camp", placement closest to home in Cicero, IL and placement where drug counseling and treatment can be received. Self-report by 12:00 p.m. on 6/20/01. Supervised release of 5 years as to Count 1 and 3 years as to Count 2 to run concurrently. Drug testing and substance abuse treatment as directed by USPO. $200 special assessment. Civil and administrative forfeiture of any and all funds, proceeds or assets that have been aquired through criminal activity. (cc: all counsel) EOD 5/16/01 (lah) (Entered: 05/16/2001) |
| 05/21/2001 | 199 | MOTION by Govt to correct name of deft Pedro Matatterrazas to "Pedro Mata-Terrazas" (lah) (Entered: 05/22/2001) |
| 05/24/2001 | 201 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt to correct name of deft Pedro Matatterrazas to "Pedro Mata-Terrazas" [199-1] is GRANTED and so ORDERED. (cc: all counsel) EOD 5/25/01 (lah) (Entered: 05/25/2001) |
| 06/04/2001 | 203 | RESPONSE by Govt to deft Kevin Whitaker's motion for issuance of subpoenas (lah) (Entered: 06/06/2001) |
| 06/04/2001 | 204 | RESPONSE by Govt to deft Kevin Whitaker's motion to modify conditions of bond (lah) (Entered: 06/06/2001) |
| 06/11/2001 | 208 | ORDER by Judge Thomas A. Wiseman Jr.: M'otion by deft Kevin Whittaker to modify conditions of bond to remove the electronic monitoring [206-1] is GRANTED. Deft is allowed to maintain full time employment so long as he provides verification of employment to USPO. (cc: all counsel) EOD 6/11/01 (lah) (Entered: 06/11/2001) |
| 06/13/2001 | 210 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt for continuance of the sentencing hearings set for 6/20/01 as to defts Roger Miller and Barry Sanders [207-1] is GRANTED. Counsel for deft Barry Sanders is directed to contact the courtroom deputy to reschedule the sentencing date . The sentencing hearing as to deft Roger Miller is reset for 10:00 a.m. on 9/13/01 . (EOD 6/14/01) (cc: all counsel) (as) (Entered: 06/14/2001) |
| 06/19/2001 | 211 | NOTICE by Govt of publication of notice of forfeiture as to defts Roger Miller, Barry Sanders, Luis Ayala and Henry Cole. (lah) (Entered: 06/20/2001) |
| 06/19/2001 | 212 | MOTION by Govt for issuance of a preliminary order of forfeiture as to deft Pedro Mata-Terrazas II (lah) (Entered: 06/20/2001) |
| 07/05/2001 | 214 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Barry Sanders to set sentencing hearing [213-1] is GRANTED. Sentencing hearing is set for 1:00 p.m. on 7/6/01 for deft Barry Sanders . (EOD |

| | | |
|---|---|---|
| | | 7/5/01) (cc: all counsel) (as) (Entered: 07/05/2001) |
| 07/09/2001 | 217 | MARSHAL'S RETURN on Lis Pendens served upon Register of Deeds, 103 Metro Courthouse, Nashville, TN, as to deft Barry Sanders, et al. USM forwarded to Register of Deeds on 6/25/01. On 7/6/01, USM received recorded Lis Pendens. (as) (Entered: 07/09/2001) |
| 07/09/2001 | | (Court only) Docket Modification (Utility) Deft Barry Sanders termed (lah) (Entered: 07/10/2001) |
| 07/09/2001 | 221 | PRELIMNARY ORDER OF FORFEITURE by Judge Thomas A. Wiseman Jr. as to deft Pedro Mata-Terrazas, II. Motion by Govt for issuance of a preliminary order of forfeiture [212-1] termed. (cc: all counsel) EOD 7/10/01 (lah) (Entered: 07/10/2001) |
| 07/19/2001 | 223 | NOTICE: Sentencing hearing is reset for 1:00 p.m. on 8/28/01 for deft Kevin Whittaker. (lah) (Entered: 07/20/2001) |
| 07/19/2001 | 224 | NOTICE: Sentencing hearing is reset for 10:00 a.m. on 9/14/01 for deft Roger Miller. (lah) (Entered: 07/20/2001) |
| 07/20/2001 | 225 | POSITION by Govt as to the presentence investigation report as to deft Kevin Whittaker (lah) (Entered: 07/23/2001) |
| 07/30/2001 | 226 | ORDER by Judge Thomas A. Wiseman Jr.: Upon motion by Govt for the issuance of a final order of forfeiture as to $15,000 regarding deft Luis Ayala, Jr. [222-1] it is ordered that the $15,000 is forfeited to the USA pursuant to 21:853. (EOD 7/30/01) (cc: all counsel) (as) (Entered: 07/30/2001) |
| 08/22/2001 | 230 | RESPONSE by Govt to motion by deft Kevin Whittaker for transporation order [228-1] (lah) (Entered: 08/23/2001) |
| 08/23/2001 | 231 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Kevin Whittaker for transporation order [228-1] is GRANTED. USM shall transport Barry Sanders from West Tennessee Detention Facility on 8/28/01 at 1:00 p.m. (cc: all counsel) EOD 8/23/01 (lah) (Entered: 08/23/2001) |
| 08/23/2001 | 232 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Kevin Whittaker to continue sentencing set for 8/28/01 [229-1] is GRANTED. Sentencing hearing is reset for 10:00 a.m. on 9/7/01. (cc: all counsel) EOD 8/23/01 (lah) (Entered: 08/23/2001) |
| 08/23/2001 | 233 | RESPONSE by Govt to deft Kevin Whittaker's motion to continue sentencing date [229-1] (lah) (Entered: 08/23/2001) |
| 09/07/2001 | 238 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Kevin Whittaker to continue sentencing hearing set for 9/7/01 [236-1] is GRANTED. Sentencing hearing is reset for 1:00 p.m. on 12/17/01. (cc: all counsel) EOD 9/10/01 (lah) (Entered: 09/10/2001) |
| 09/13/2001 | 240 | NOTICE: Sentencing hearing is reset for 10:00 a.m. on 9/19/01 for deft Roger Miller. (lah) (Entered: 09/14/2001) |
| 09/19/2001 | 243 | CLERKS RESUME of hearing before Judge Thomas A. Wiseman Jr.: Deft Roger Miller appeared with counsel Mark Scruggs for sentencing hearing on 9/19/01. J&C to enter. OCR Charlotte Sloan (lah) (Entered: 09/20/2001) |
| 09/19/2001 | 244 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Roger Miller for return of seized property [20-1] withdrawn in open court on 9/19/01. (cc: all counsel) EOD 9/20/01 (lah) (Entered: 09/20/2001) |
| 09/19/2001 | | (Court only) Docket Modification (Utility) Deft Roger Miller termed . (as) (Entered: 09/27/2001) |
| 09/26/2001 | 247 | PRELIMNARY ORDER OF FORFEITURE by Judge Thomas A. Wiseman Jr.: On motion by Govt for issuance of a preliminary order of forfeiture as to a deft Kevin Whittaker [235-1], a money judgment in the amount of $3,000,000.00 shall enter. (EOD 9/27/01) (cc: all counsel) (as) (Entered: 09/27/2001) |
| 09/28/2001 | 248 | FINAL ORDER OF FORFEITURE by Judge Thomas A. Wiseman Jr.: On motion by Govt for issuance of a final order of forfeiture as to certain assets as to deft Barry Sanders [234-1], it is ordered that one 1999 GMC Yukon, one 1997 Suzuki SX7 Motorcycle, and one Billcon Money Counter is hereby condemned, forfeited, and vested in the USA and shall be disposed of according to law. (EOD 10/1/01) (cc: all counsel) (as) (Entered: 10/01/2001) |
| 10/12/2001 | 249 | MARSHAL'S RETURN on Lis Pendens as to deft Barry Sanders, et al., executed on 7/11/01 by serving Register of Deeds, 319 N. Maple St., Room 133, P. O. Box 5050, Murfreesboro, TN, 37130. (as) (Entered: 10/18/2001) |

| 12/05/2001 | 251 | MARSHAL'S RETURN on Lis Pendens as to deft Barry Sanders, et al.: Executed on 11/27/01 by serving Register of Deeds, 103 Metro Courthouse, Nashville, TN, 37201. (as) (Entered: 12/10/2001) |
| 12/06/2001 | 252 | MARSHAL'S RETURN on Lis Pendens as to deft Barry Sanders, et al.: Executed on 12/6/01 by serving Register of Deeds, 319 N. Maple St., Room 133, P.O. Box 5050, Murfreesobor, TN, 37130. (as) (Entered: 12/10/2001) |
| 12/12/2001 | 254 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Kevin Whittaker to continue sentencing hearing set for 12/17/01 [253-1] is GRANTED. Sentencing hearing is reset for 11:00 a.m. on 1/17/02 . (EOD 12/13/01) (cc: all counsel) (as) (Entered: 12/13/2001) |
| 12/14/2001 | 256 | RESPONSE by Govt to motion to continue sentencing hearing [253-1] by deft Kevin Whitaker. (km) (Entered: 12/17/2001) |
| 12/14/2001 | 257 | RESPONSE by Govt to motion by deft Luis Ayala Jr. for return of property bond [255-1]. (km) (Entered: 12/18/2001) |
| 12/18/2001 | 258 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Luis Ayala Jr. for return of property bond [255-1] is GRANTED. (EOD 12/19/01) (cc: all counsel) (km) (Entered: 12/19/2001) |
| 12/27/2001 | 259 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt for issuance of final order of forfeiture as to certain assets as to deft Barry Sanders [250-1] is SO ORDERED. (EOD 12/27/01) (cc: all counsel) (km) (Entered: 12/27/2001) |
| 01/17/2002 | 261 | CLERKS RESUME of hearing before Judge Thomas A. Wiseman Jr.: Deft Kevin Whittaker appeared with counsel Ray McGowan for sentencing hearing on 1/17/02 . Motion by deft to withdraw motion for downward departure [237-1] and previously filed objections to the presentence report granted in both respects. Motion by Govt [260-1] to be filed under seal. J&C to enter. OCR John Tummel (as) (Entered: 01/22/2002) |
| 01/17/2002 | | (Court only) Docket Modification (Utility) Case termed (as) (Entered: 01/22/2002) |
| 01/31/2002 | 264 | THIRD PARTY PETITION by Midland Mortgage Co. for hearing to determine validity of its interest in the property of deft Barry N. Sanders. (as) (Entered: 02/04/2002) |
| 02/14/2002 | 267 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Kevin Whittaker to extend the 2/18/02 reporting date [266-1] is GRANTED. BOP reporting date is extended to on or before 3/25/02. (EOD 2/14/02) (cc: all counsel) (as) (Entered: 02/14/2002) |
| 02/27/2002 | 269 | AMENDED FINAL ORDER OF FORFEITURE by Judge Thomas A. Wiseman Jr.: Motion by Govt for issuance of an amended final order of forfeiture as to certain assets as to deft Barry Sanders [265-1] is so ordered. (EOd 2/28/02) (cc: all counsel) (as) (Entered: 02/28/2002) |
| 03/06/2002 | 270 | RESPONSE by pltf USA to motion by deft Kevin Whitaker for reconsideration of sentence [268-1] (af) (Entered: 03/07/2002) |
| 03/12/2002 | 272 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Kevin Whitaker for reconsideration of sentence [268-1] is DENIED. (EOD 3/12/02) (cc: all counsel) (km) (Entered: 03/12/2002) |
| 03/12/2002 | 273 | CRIMINAL COLLATERAL/BOND (Deed of Trust) returned to Mr. & Mrs. Louis Ayala, Sr., 528 North LaGrange Road, LaGrange Park, IL 60525. (km) (Entered: 03/13/2002) |
| 04/08/2002 | 274 | TRANSCRIPT of sentencing hearing on 1/17/02 as to deft Kevin Whittaker filed by OCR John Tummel (km) (Entered: 04/08/2002) |
| 11/25/2002 | 275 | MARSHAL'S RETURN on Release of Lis Pendens by Govt as to deft Barry Sanders: Register of Deeds, 103 Metro Courthouse, Nashville, TN, 37201, served 11/6/02. (as) (Entered: 11/27/2002) |
| 12/23/2002 | 278 | ORDER by Judge Thomas A. Wiseman, Jr.: Motion by deft Kevin Whittaker, pro se, to review/sentence reduction [276-1] is DENIED. (EOD 12/23/02) (cc: all counsel) (rls) (Entered: 12/23/2002) |
| 06/20/2003 | 280 | AMENDED PRELIMINARY ORDER OF FORFEITURE by Judge Thomas A. Wiseman Jr.: Upon motion by Govt for an amended preliminary order of forfeiture, which shall be a final order of forfeiture as to deft Barry Sanders [279-1], it is ordered that the preliminary order of forfeiture is amended to include the subject property listed as substitute assets for $3,000,000. (EOD 6/23/03) (cc: all counsel) (as) (Entered: 06/23/2003) |
| 07/22/2003 | 281 | THIRD PARTY PETITION by claimant Russell Daniel for hearing to determine validity of interest in |

| | | property and for modification or amended preliminary order of forfeiture as to deft Barry Sanders. (as) (Entered: 07/22/2003) |
|---|---|---|
| 08/08/2003 | 283 | MARSHAL'S RETURN on Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Returned unexecuted. Property was foreclosed by Morgage Company, per AUSA. (as) (Entered: 08/12/2003) |
| 08/13/2003 | 284 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed at 614 Courtland Street, Murfreesboro, TN, on 8/11/03. (as) (Entered: 08/18/2003) |
| 08/13/2003 | 285 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed on tenant Tony Marable, 614 Courtland Street, Murfreesboro, TN, on 8/11/03. (as) (Entered: 08/18/2003) |
| 08/13/2003 | 286 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed at 421 South Hancock St., Murfreesboro, TN, on 8/11/03. (as) (Entered: 08/18/2003) |
| 08/13/2003 | 287 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed on tenant Barbara Grissom, 421 South Hancock St., Murfreesboro, TN, on 8/11/03. (as) (Entered: 08/18/2003) |
| 08/13/2003 | 288 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed at 2406 Scoval Street, Nashville, TN, on 8/11/03. (as) (Entered: 08/18/2003) |
| 08/13/2003 | 289 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed on tenant Angela Akridge, 2406 Scoval St., Nashville, TN, 0n 8/11/03. (as) (Entered: 08/18/2003) |
| 08/13/2003 | 290 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed at 426 South Hancock Street, Murfreesboro, TN, on 8/11/03. (as) (Entered: 08/18/2003) |
| 08/13/2003 | 291 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Returned unexecuted as to tenant residing at 426 South Hancock St., Murfreesboro, TN. Property vacant. (as) (Entered: 08/18/2003) |
| 08/13/2003 | 292 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed at 414 Vaughn St., Murfreesboro, TN, on 8/11/03. (as) (Entered: 08/18/2003) |
| 08/14/2003 | 293 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed on tenant Lista Waters, 414 Vaughn St., Murfreesboro, TN, on 8/13/03. (as) (Entered: 08/18/2003) |
| 08/14/2003 | 294 | MARSHAL'S RETURN on Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed at 530 East State Street, Murfreesboro, TN, on 8/11/03. (as) (Entered: 08/18/2003) |
| 08/14/2003 | 295 | MARSHAL'S RETURN on Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed on tenant Randall Sneed, 530-A and tenant Maurice Walter, 530-B East State Street, Murfreesboro, TN, on 8/11/03. (as) (Entered: 08/18/2003) |
| 08/14/2003 | 296 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed at 208 Seneca Forest Court, Nashville, TN, on 8/11/03. (as) (Entered: 08/18/2003) |
| 08/14/2003 | 297 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed on Judy Goodrich, 208 Seneca Forest Court, Nashville, TN, on 8/11/03. (as) (Entered: 08/18/2003) |
| 08/14/2003 | 298 | AMENDED Third Party Petition by claimant Russell Daniel for hearing to determine validity of interest and property and for modification of amended preliminary order of forfeiture (as) (Entered: 08/18/2003) |
| 08/15/2003 | 300 | RESPONSE by Govt to third party petition by Russell Daniel for hearing [298-1] (as) Modified on 08/26/2003 (Entered: 08/18/2003) |
| 08/18/2003 | 301 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by deft Kevin Whittaker, pro se, for certificate of appealability [282-1] is DENIED. (EOD 8/18/03) (cc: all counsel) (as) (Entered: 08/18/2003) |
| 08/20/2003 | 302 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed at 549 Wade Herrod Road, Murfreesboro, TN, on 8/11/03. (as) (Entered: 08/26/2003) |

| 08/20/2003 | 303 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Returned unexecuted as to tenants residing at 549 Wade Herrod Rd., Murfreesboro, TN. Residence vacant. (as) (Entered: 08/26/2003) |
| --- | --- | --- |
| 08/20/2003 | 304 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed at 1298 Massman Drive, Nashville, TN, 37217, on 8/11/03. (as) (Entered: 08/26/2003) |
| 08/20/2003 | 305 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed on Tenant Tammy Claybrooks, 1298 Massman Drive, Nashville, TN, 37217, on 8/12/03. (as) (Entered: 08/26/2003) |
| 08/21/2003 | 306 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed at 4313 Huntwood Drive, Murfreesboro, TN, on 8/11/03. (as) (Entered: 08/26/2003) |
| 08/21/2003 | 307 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed on tenant Ella Harris, 4313 Huntwood Drive, Murfreesboro, TN, on 8/11/03. (as) (Entered: 08/26/2003) |
| 08/21/2003 | 308 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Executed at 610 Courtland Street, Murfreesboro, TN, on 8/11/03. (as) (Entered: 08/26/2003) |
| 08/21/2003 | 309 | MARSHAL'S RETURN re: Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]: Returned unexecuted as to tenants at 610 Courtland Street, Murfreesboro, TN. Residence vacant. (as) (Entered: 08/26/2003) |
| 09/04/2003 | 311 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt under FRCRP 32.2(c)(1)(B) for an order authorizing discovery to resolve factual issues regarding the third party claim of ownership by Russell Daniel re: property subject to forfeiture as to deft Barry Sanders [299-1] is SO ORDERED. (EOD 9/5/03) (cc: all counsel) (as) (Entered: 09/05/2003) |
| 09/10/2003 | 312 | ORDER by Judge Thomas A. Wiseman, Jr.: An ancillary hearing is hereby set for 10:00 a.m. on 12/10/03 on the third party petition [281-1] and amended third party petition filed by Russell Daniel as to property of deft Barry Sanders subject to the 6/23/03 amended preliminary order of forfeiture. (EOD 9/11/03) (cc: all counsel) (rls) (Entered: 09/11/2003) |
| 09/24/2003 | 313 | PETITION by claimant Cavalry Banking for ancillary hearing with respect to forfeited property at 2406 Scovel Street, Nashville, TN, 37208, as to deft Barry Sanders. (as) (Entered: 09/25/2003) |
| 09/24/2003 | 314 | PETITION by claimant Cavalry Banking for ancillary hearing with respect to forfeited property at 1298 Massman Drive, Nashville, TN, 37217, as to deft Barry Sanders. (as) (Entered: 09/25/2003) |
| 09/24/2003 | 315 | PETITION by claimant Cavalry Banking for ancillary hearing with respect to forfeited property at 4313 Huntwood Drive, Murfreesboro, TN, 37130, as to deft Barry Sanders. (as) (Entered: 09/25/2003) |
| 09/24/2003 | 316 | PETITION by claimant Cavalry Banking for ancillary hearing with respect to forfeited property at 6317 Sunnyside Drive, Murfreesboro, TN, 37129, and 614 Courtland Street, Murfreesboro, TN, 37130, as to deft Barry Sanders. (as) (Entered: 09/25/2003) |
| 10/08/2003 | 318 | ORDER by Judge Thomas A. Wiseman, Jr.: Motion by Govt to dismiss amended preliminary order of forfeiture as to certain property of deft Barry Sanders [317-1] is GRANTED. (EOD 10/8/03) (cc: all counsel) (rls) (Entered: 10/08/2003) |
| 11/10/2003 | 319 | MARSHAL'S RETURN on publication of Amended Preliminary Order of Forfeiture as to deft Barry Sanders [280-1]. Publication ran in the City Paper on 10/22/03, 10/29/03 and 11/5/03. (as) (Entered: 11/10/2003) |
| 11/17/2003 | 320 | MARSHAL'S RETURN on publication of Amended Preliminary Order of Foreiture as to deft Barry Sanders [280-1]. Publication of legal notice ran in The Daily News Journal on 10/30/03, 11/5/03, and 11/13/03. (pl) (Entered: 11/20/2003) |
| 12/03/2003 | 322 | ORDER by Judge Thomas A. Wiseman, Jr.: Motion by Govt to continue ancillary hearing [321-1] as to deft Barry Sanders is GRANTED. The hearing is hereby reset for 10:00 a.m. on 3/19/04. (EOD 12/4/03) (cc: all counsel) (rls) (Entered: 12/04/2003) |
| 02/03/2004 | 323 | NOTICE OF SETTLEMENT by Govt and petitioner Russell Daniel as to deft Barry Sanders (rls) Modified on 02/03/2004 (Entered: 02/03/2004) |
| 02/04/2004 | 325 | ORDER OF SALE by Judge Thomas A. Wiseman Jr.: Joint motion by Govt and petitioner Russell Daniel for sale of real property as to deft Barry Sanders [324-1] is GRANTED. (EOD 2/5/04) (cc: all |

| | | counsel) (as) (Entered: 02/05/2004) |
|---|---|---|
| 03/04/2004 | 326 | MARSHAL'S RETURN on order of sale [325-1] and letter as to deft Barry Sanders. Executed on 3/2/04. (rls) (Entered: 03/04/2004) |
| 03/04/2004 | 327 | MARSHAL'S RETURN on order of sale [325-1] and letter as to deft Barry Sanders. Executed on 3/3/04. (rls) (Entered: 03/04/2004) |
| 03/12/2004 | 329 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt to continue ancillary hearing set for 3/19/04 as to deft Barry Sanders [328-1] is GRANTED. The ancillary hearing regarding third-party claimant Russell Daniel is reset for 10:00 a.m. on 7/22/04 . (EOD 3/15/04) (cc: all counsel) (as) (Entered: 03/15/2004) |
| 03/15/2004 | 330 | MARSHAL'S RETURN on Order of sale as to deft Barry Sanders: Executed on vacant property at 530 East State Street, Apartment A, Murfreesboro, TN, 37130, on 2/26/04 (as) (Entered: 03/16/2004) |
| 05/10/2004 | 331 | MOTION by Govt to release the deed of trust held for the appearance bond as to deft Pedro Mata-Terrazas . (as) (Entered: 05/11/2004) |
| 05/10/2004 | 332 | ORDER by Judge Thomas A. Wiseman Jr.: Granting motion by Govt to release the deed of trust held for the appearance bond as to deft Pedro Mata-Terrazas [331-1] (EOD 5/12/04) (cc: all counsel) (kb) (Entered: 05/12/2004) |
| 05/14/2004 | 333 | MARSHAL'S RETURN on Order of Sale as to deft Barry Sanders [325-1]: Property auctioned 4/15/04; Closed on 414 Vaughn Street, Murfreesboro, TN, on 5/14/04. (as) (Entered: 05/18/2004) |
| 05/28/2004 | 334 | MAIL Returned [332-1] addressed to Ebelio Paul Fuentes, counsel for deft Pedro Mata-Terrazas II (pl) (Entered: 06/01/2004) |
| 06/10/2004 | 335 | MARSHAL'S RETURN on Order of Sale as to deft Barry Sanders [325-1]: Property, located at 426 South Hancock St, Murfreesboro, TN, auctioned 4/14/04 and closed on 6/4/04. (pl) (Entered: 06/10/2004) |
| 06/21/2004 | 336 | MARSHAL'S RETURN on Order of Sale [280-1] as to deft Barry Sanders, executed on 6/11/04. Auction of property located at 421 South Hancock St, Murfreesboro, TN, took place on 4/15/04; property closed on 6/11/04. (pl) Modified on 06/23/2004 (Entered: 06/23/2004) |
| 06/22/2004 | 337 | MARSHAL'S RETURN of release of Lis Pendens for 414 Vaughn St, Murfreesboro, TN; 421 & 426 S. Hancock St, Murfreesboro, TN: executed on 6/10/04 [280-1] as to deft Barry Sanders. (pl) (Entered: 06/23/2004) |
| 06/29/2004 | 338 | MARSHAL'S RETURN executed on property at 530 East State Street, Apt. A & B, Murfreesboro, TN 37130 auctioned on 6/19/04, closed on 6/28/04 [280-1] (kb) (Entered: 06/29/2004) |
| 06/30/2004 | 339 | MARSHAL'S RETURN executed on 6/29/04 [325-1] (af) (Entered: 06/30/2004) |
| 07/20/2004 | 342 | ORDER OF TRANSFER OF JURISDICTION by Judge Thomas A. Wiseman Jr.: Ordered that jurisdiction over deft Henry Cole be transferred to the Southern District of Illinois upon that Court's order of acceptance. (EOD 7/22/04) (cc: all counsel) (pl) (Entered: 07/22/2004) |
| 07/21/2004 | 341 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt and claimant Russell Daniel to continue the ancillary forfeiture hearing set for 7/22/04 and request an additional 45 days [340-1] is GRANTED Hearing is reset for ; 9:00 a.m. on 2/15/00 (EOD 7/21/04) (cc: all counsel) (kb) (Entered: 07/21/2004) |
| 07/26/2004 | 343 | CRIMINAL COLLATERAL/BOND RETURNED (Deed of Trust) returned to Mr. & Mrs. Pedro Mata, 2118 S. 61st Ave., Cicero, IL 60804, for appearance bond as to deft Pedro Mata-Terrazas (kb) (Entered: 07/26/2004) |
| 07/29/2004 | 344 | MARSHAL'S RETURN executed on 7/28/04 [280-1] property at 4313 Huntwood Dr., Murfreesboro, TN was auctioned on 6/19/04 and sale closed on 7/15/04. (kb) (Entered: 07/29/2004) |
| 07/29/2004 | 345 | MARSHAL'S RETURN executed on 7/29/04 [280-1] property at 2406 Scoval St., Nashville, TN at auction on 6/24/04 and sale closed on 7/22/04. (kb) (Entered: 07/29/2004) |
| 08/03/2004 | 346 | MARSHAL'S RETURN executed on order of sale of property at 1298 Massman Drive, Nashville, TN, auctioned on 6/24/04 and closed on 7/28/04 [269-1] (kb) (Entered: 08/03/2004) |
| 08/20/2004 | 348 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt to dismiss amended preliminary order of forfeiture as to the property at 614 Courtland Street, Murfreesboro, TN, as to deft Barry Sanders [347- |

| | | |
|---|---|---|
| | | 1] is GRANTED. (EOD 8/20/04) (cc: all counsel) (kb) (Entered: 08/20/2004) |
| 08/27/2004 | 349 | MARSHAL'S RETURN executed on 8/26/04 [348-1] Insufficient equity, could not sell (kb) (Entered: 08/30/2004) |
| 08/30/2004 | 350 | ORDER ACCEPTING JURISDICTION received from Southern District of Illinois as to Henry Cole. (pl) (Entered: 09/07/2004) |
| 09/07/2004 | | REMARK: Pursuant to order accepting jurisdiction [350-1], pertinent documents forwarded to Southern District of Illinois as to deft Henry Cole. (pl) (Entered: 09/07/2004) |
| 09/29/2004 | 352 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt for issuance of a final order of forfeiture as to certain property as to deft Barry Sanders [351-1] is GRANTED. (EOD 9/29/04) (cc: all counsel) (kb) (Entered: 09/29/2004) |
| 10/06/2004 | 353 | MARSHAL'S RETURN unexecuted on 10/6/04 [325-1] as to Deft's Barry Sanders' property at 610 Courtland St. Murfreesboro, TN. Property was forclosed by U.S. Bank on 7/20/03 (kb) (Entered: 10/06/2004) |
| 11/01/2004 | 355 | ORDER by Judge Thomas A. Wiseman Jr.: Motion by Govt to correct clerical error pursuant to Rule 36 [354-1] is GRANTED. The correct figure to appear on page 5 of the final order of forfeiture 352 shall be #148,003.80. (EOD 11/1/04) (cc: all counsel) (kb) (Entered: 11/01/2004) |
| 04/23/2008 | 378 | ORDER TRANSFERRING JURISDICTION as to Pedro Mata-Terrazas, II: Ordered that jurisdiction be transferred to the Northern District of Illinois upon that Court's order of acceptance. Signed by Senior Judge Thomas Wiseman on 4/23/08. (jb) (Entered: 04/30/2008) |
| 04/30/2008 | 379 | Transfer of Jurisdiction request sent to Northern District of Illinois as to Pedro Mata-Terrazas, II. (jb) (Entered: 04/30/2008) |
| 05/16/2008 | 383 | ORDER ACCEPTING JURISDICTION received from the Northern District of Illinois as to Pedro Mata-Terrazas, II. Transmitted Transfer of Jurisdiction form, with certified copies of pertinent documents. (jb) (Entered: 05/19/2008) |
| 05/19/2008 | 384 | Letter forwarding certified copies of pertinent documents to the USDC/ND/IL. (jb) (Entered: 05/19/2008) |



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

MICHAEL W. DOBBINS
CLERK

**RECEIVED**
IN CLERK'S OFFICE

MAY 1 6 2008

May 14, 2008

**U.S. DISTRICT COURT
MID. DIST. TENN.**

Mr. Keith Throckmorton
Clerk
United States District Court
800 Estes Kefauver Federal Building and
   United States Courthouse
801 Broadway
Nashville, TN 37203-3816



Dear Clerk:

**Re:   Case number  3:99-00197  US v Pedro Mataterrazas**
Our case number: 08 cr 379-1  - Northern District of Illinois, Judge Zagel

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding **Pedro Mataterrazas**, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:   Ellenore Duff
Deputy Clerk

Enclosure