UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CR 379 |
| | ) | |
| vs. | ) | Judge James Zagel |
| | ) | |
| PEDRO MATATERRAZAS II, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

NOW COMES, PEDRO MATATERRAZAS II, by and through his attorney, JAMES A. GRAHAM, and moves this Court to terminate the defendant's supervised release early and in support states as follows;

1. That the defendant, PEDRO MATATERRAZAS II case was originally charged in the Middle District of Tennessee before Judge Wiseman in case number 3:99-00197. Defendant was charged with various drug offenses including possession with the intent to deliver over five (5) kilograms of cocaine and money laundering. PEDRO MATATERRAZAS II was sentenced to 72 months custody, followed by five (5) years of supervised release.

2. That the defendant, PEDRO MATATERRAZAS II completed his prison term and thereafter began his supervised release term on February 10, 2006;

3. That the defendant, PEDRO MATATERRAZAS II has

completed a little less than 2 ½ years of his 5 year period of supervised release.  The statute allows for the early termination of supervised release after a period of one (1) year. Title

18, United States Code § 3583(e) states in pertinent part:

**(e) Modification of conditions or revocation.-**

The court may after considering the factors set forth . . . (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release pursuant to the Federal Rules of Criminal Procedure . . .; <u>Id</u>.

4. That the defendant, PEDRO MATATERRAZAS II is 39 years old, has a wife and three children, has been working several jobs as a station engineer for a downtown Hotel and another business and has been pursuing his education at Triton College in the area of "Station Engineering" completing his Associates Degree and continuing on in that same field;

5. That the undersigned counsel has contacted the probation officer, Ms. Colby who stated that PEDRO MATATERRAZAS II has no opposition to this motion to terminated the defendant's supervised release early.

7. That the undersigned counsel spoke not spoken with an Assistant United States Attorney because the case originated in Tennessee and no Assistant has been assigned to the case.

-2-

WHEREFORE the defendant, PEDRO MATATERRAZAS II respectfully requests that this Court terminate defendant's supervised release, instanter.


Respectfully submitted,



*James A. Graham*_____
James A. Graham attorney for
PEDRO MATATERRAZAS II






James A. Graham (ARDC 6184279)
Attorney at Law
53 W. Jackson Blvd.
Suite 703
Chicago, Illinois 60604
(312) 922-3777
Facsimile: (312) 663-5386
e-mail address: jagraham.law@mac.com

-3-

### CERTIFICATE OF SERVICE

I, James A. Graham, an attorney, certify that I shall cause to be served a copy of Defendant's "**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**" upon the following individual(s) electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 8th day of July, 2008.


TO: Vicki Peters
    Asst. United States Attorney
    219 S. Dearborn St.
    5th Floor, North
    Chicago, Illinois 60604

    All Attorneys listed for Service on the
    Electronic Case Filing System


*James A. Graham*_____
James A. Graham attorney for
PEDRO MATATERRAZAS


James A. Graham (ARDC 6184279)
Attorney at Law
53 W. Jackson Blvd.
Suite 703
Chicago, Illinois 60604
(312) 922-3777
Facsimile: (312) 663-5386
e-mail address: jagraham.law@mac.com

-4-