UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )   Case No. 08 CR 379
                               )
vs.                            )   Judge James Zagel
                               )
PEDRO MATATERRAZAS II,         )
                               )
            Defendant.         )

                         **NOTICE OF MOTION**

TO:   Attn: Vicki Peters              Probation Officer Ms. Colby
      United States Attny Off.        U.S. Probation Office
      219 S. Dearborn, 12th Flr.      55 E. Monroe, 15th Flr.
      Chicago, Illinois 60604         Chicago, Illinois 60603

      PLEASE TAKE NOTICE that on this 24th day of July, 2008, at 10:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Zagel or any judge sitting in his stead, 219 South Dearborn, Chicago, Illinois and present and argue the attached **MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE.**

                              *James A. Graham*_____

JAMES A. GRAHAM
Attorney at law
53 W. Jackson Blvd., Suite 703
Chicago, Illinois 60604
(312) 922-3777


                       **CERTIFICATE OF SERVICE**

   I, James A. Graham, an attorney, certify that I shall cause to be served a copy of Defendant's **"MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE"** upon the following

Page 2

individual(s) electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 8th day of July, 2008.

TO:   Vicki Peters
      Asst. United States Attorney
      219 S. Dearborn St.
      5th Floor, North
      Chicago, Illinois 60604

      Ms. Colby
      U.S. Probation Officer
      55 E. Monroe St.
      Chicago, Illinois 60603

      All Attorneys and others listed for Service on the Electronic Case Filing System

                                    *James A. Graham*_____
                                    James A. Graham attorney for
                                    PEDRO MATATERRAZAS II

James A. Graham (ARDC 6184279)
Attorney at Law
53 W. Jackson Blvd.
Suite 703
Chicago, Illinois 60604
(312) 922-3777
Facsimile: (312) 663-5386
e-mail address: jagraham.law@mac.com