# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| | | |
|---|---|---|
| IN UNITED STATES | ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
| IN THE CASE OF | United States -VS- Pedro Mataterrazas | FOR Northern District of Illinios  AT Eastern Division |

**PERSON REPRESENTED** (Show your full name)
Pedro Mataterrazas II

FILED JUL 15 2008
July 15, 2008
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Misdemeanor

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate
District Court: 08 CR 379
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
Name and address of employer: HILL MECHANICAL 11045 GAGE AVE FRANKLIN PK 60131
IF YES, how much do you earn per month? $ 3,600.00
IF NO, give month and year of last employment. How much did you earn per month? $ __
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 3,000.00
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ __

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
RECEIVED: RENT 1000.00 MONTH
SOURCES: ___

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $ 1,300.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE: $ 3,000.00
DESCRIPTION: 95 ACURA TL

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED
Total No. of Dependents: 3

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Home | TB+W | $ 288,472.00 | $ 2,447.85 |
| FORD CREDIT | | $ 10,000.00 | $ 320.00 |
| STATE FARM BANK | | $ 6,000.00 | $ 220.00 |
| BANK OF AMERICA | | $ 4,700.00 | $ 100.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10 JUL 08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)